UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID L. WILLIAMS, SR.
(292013)

VERSUS

RICHARD J. WARD, SR.,
MARTIN R. MALEY, SR.,
SHERIFF MIKE CAZES,
BRYAN BELLELO,
UNKNOWN DICKERSON,
DETECTIVE KEVIN CYRUS,
and DETECTIVE KENNETH YOUNG

CIVIL ACTION

NO. 10-408-BAJ-DLD

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 8, 2011 (doc. 23). Plaintiff has filed an objection (doc. 29) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's Motion for Summary Judgment (doc. 15) is denied and the Motion for Summary Judgment of defendants Mike Cazes, Bryan Bellelo, Kevin Cyrus, Kenneth Young and Troy Dickerson, (doc. 17) is granted, dismissing the plaintiff's claims asserted against these defendants, with prejudice.

Plaintiff's claims asserted against the remaining defendants, Richard Ward and Martin Maley, are dismissed pursuant to 28 U.S.C. § 1915(g), and this action is hereby dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 13, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA